**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

**BERNICE RICHARDSON,**

     **Plaintiff,**

**v.**                                                                     **Case No. 2:12-cv-02257-JTF-tmp**
                                                                           **JURY DEMANDED**

**PRIMACY HEALTHCARE AND
REHABILITATION CENTER,
KINDRED TRANSITIONAL CARE
AND REHABILITATION – PRIMACY,
KINDRED HEALTHCARE SERVICES,
INC., and KINDRED NURSING CENTERS
LIMITED PARTNERSHIP,**

     **Defendants.**

---

**JOINT NOTICE OF SETTLEMENT**

---

Pursuant to L.R. 83.13, all parties to this cause jointly submit this Notice of Settlement.

Further pursuant to L.R. 83.13, the parties have submitted a proposed order of dismissal.

                    Respectfully Submitted,

                    ADAMS AND REESE LLP

                    /s/ J. Bennett Fox, Jr.
                    F. Laurens Brock (BPR No. 17666)
                    W. Lee Maddux (BPR No. 001235)
                    Donna L. Boyce (BPR No. 17039)
                    J. Bennett Fox, Jr. (BPR No. 26828)
                    80 Monroe Avenue, Suite 700
                    Memphis, Tennessee  38103
                    (901) 525-3234

                    *Attorneys for Defendants*

BURCH, PORTER & JOHNSON, PLLC

/s/ David E. Goodman, Jr.
Les Jones (BPR No. 13290)
David E. Goodman, Jr. (BPR No. 021493)
130 North Court Avenue
Memphis, Tennessee 38103
Phone: (901) 524-5000
Facsimile: (901) 524-5024

*Attorneys for Plaintiff Bernice Richardson*

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013, I electronically filed this JOINT NOTICE OF SETTLEMENT with the Clerk of Court using the CM/ECF system, which shall send notification to all parties of record by operation of the Court's electronic filing system.

*/s/ J. Bennett Fox, Jr.*
J. Bennett Fox, Jr.