IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **BERNICE RICHARDSON**                   ) | |
| )  | |
| **Plaintiff,**                   ) | |
| ) | |
| v.                   ) | No. 2:12-cv-2257-JTF/dkv |
| ) | |
| ) | |
| **PRIMACY HEALTHCARE** ) | |
| **AND REHABILITATION CENTER,** ) | |
| **KINDRED TRANSITIONAL CARE** ) | |
| **AND REHABILITATION – PRIMACY,** ) | |
| **KINDRED HEALTHCARE SERVICES,** ) | |
| **INC., and KINDRED NURSING CENTERS** ) | |
| **LIMITED PARTNERSHIP,** ) | |
| ) | |
| **Defendants.**                   ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, as evidenced by the Notice of Settlement filed in this matter and based on the agreement of all parties and their counsel, that all matters in controversy between Plaintiff and Defendants have been resolved and therefore, this matter should be dismissed with prejudice on the merits as to all Defendants.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims of Plaintiff against Defendants are hereby dismissed with prejudice on the merits, each party to bear its own costs.

IT is SO ORDERED on this 3rd day of December, 2013.

`          *s/John T. Fowlkes, Jr.*
          JOHN T. FOWLKES, JR.
          UNITED STATES DISTRICT JUDGE